**OPTI, INC., Plaintiff–Cross Appellant,**

v.

**APPLE INC., Defendant–Appellant.**

**Nos. 2010–1129, 2010–1286.**

United States Court of Appeals, Federal Circuit.

Dec. 6, 2010.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Jerry A. GRAY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2010–7127.**

United States Court of Appeals, Federal Circuit.

Dec. 13, 2010.

Jerry A. Gray, Chesapeake, VA, pro se.

**ORDER**

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.